IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HONDA MOTOR CO., LTD.; AMERICAN HONDA MOTOR CO., INC.; and AMERICAN HONDA FINANCE CORP.,<br><br>Defendants. | Case No. 3:22-cv-00761-E |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION TO TRANSFER VENUE UNDER SEAL

Before the Court is the Unopposed Motion for Leave to File Under Seal filed by Defendants Honda Motor Co., Ltd., American Honda Motor Co., Inc., and American Honda Finance Corp., (collectively, "Defendants" or "Honda"). Honda moves the Court to file the following documents under seal: Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a) To The Central District of California, Defendants' Memorandum of Law in Support of Defendant's Motion to Transfer, and the Exhibits and Appendices attached thereto. Plaintiff does not oppose the request to file the above documents under seal.

Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that Honda's Unopposed Motion for Leave to File Defendants' Motion to Transfer Venue Under Seal is hereby **GRANTED**. It is therefore **ORDERED** that Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a) To The Central District of California, Defendants' Memorandum of Law in Support of Defendant's

Motion to Transfer, and the Exhibits and Appendices attached thereto shall be filed under seal and deemed filed as of the date of this Order pursuant to Local Rule 79.3.

    **SO ORDERED: June 23, 2022.**

_____
Ada Brown
UNITED STATES DISTRICT JUDGE