# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> HONDA MOTOR CO., LTD.; AMERICAN HONDA MOTOR CO., INC.; and AMERICAN HONDA FINANCE CORP., <br><br> *Defendants.* | Civil Action No. 3:22-cv-00761-E <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Honda Motor Co., Ltd., American Honda Motor Co., Inc., and American Honda Finance Corp. (collectively "Honda" or "Defendants") have resolved Plaintiffs' claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiffs asserted in this case, relating to United States Patent Nos. 6,832,283, 9,602,608, 9,291,475, 9,232,158, 8,953,641, 9,681,466, 7,382,771, 10,292,138, 8,811,356, 7,891,004, and 7,684,318.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendants with prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

DATED: February 1, 2023                                         Respectfully submitted,

 /s/ Jonathan K. Waldrop                                         /s/ Drew Thomas
Jonathan K. Waldrop (CA Bar No. 297903)      Jeffrey S. Patterson
(Admitted in this District)                                       Texas State Bar No. 15596700
jwaldrop@kasowitz.com                                   jpatterson@hartlinebarger.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)                                       Drew M. Thomas
djones@kasowitz.com                                        Texas State Bar No. 24086841
Marcus A. Barber (CA Bar No. 307361)         dthomas@hartlinebarger.com
(Admitted in this District)
mbarber@kasowitz.com                                    **HARTLINE BARGER LLP**
John W. Downing (CA Bar No. 252850)          8750 North Central Expressway, Suite 1600
(Admitted in this District)                                       Dallas, Texas 75231
jdowning@kasowitz.com                                  Telephone: (214) 369-2100
Heather S. Kim (CA Bar No. 277686)             Facsimile: (214) 369-2118
(Admitted in this District)
hkim@kasowitz.com                                         Michael W. De Vries, P.C.
ThucMinh Nguyen (CA Bar No. 304382)        **KIRKLAND & ELLIS LLP**
(Admitted in this District)                                      555 South Flower Street, Suite 3700
tnguyen@kasowitz.com                                   Los Angeles, CA, 90071
**KASOWITZ BENSON TORRES LLP**              Telephone: (213) 680-8400
333 Twin Dolphin Drive, Suite 200                  Facsimile: (213) 680-8500
Redwood Shores, California 94065                michael.devries@kirkland.com
Telephone: (650) 453-5170
Facsimile: (650) 453-5171                                Adam R. Alper, P.C. (*pro hac vice*)
                                                                              Akshay S. Deoras, P.C. (*pro hac vice*)
                                                                              Reza Dokhanchy (*pro hac vice*)
Mark D. Siegmund (TX Bar No. 24117055)    Laura Ashley Harris (*pro hac vice)*
mark@swclaw.com                                         **KIRKLAND & ELLIS LLP**
**STECKLER WAYNE CHERRY & LOVE      555 California Street
PLLC**                                                                 San Francisco, CA 94104
8416 Old McGregor Road                              Telephone: (415) 439-1400
Waco, TX 76712                                              Facsimile: (415) 439-1500
Telephone: (254) 651-3690                           adam.alper@kirkland.com
Facsimile: (254) 651-3689                             akshay.deoras@kirkland.com
                                                                            reza.dokhanchy@kirkland.com
*Attorneys for Plaintiffs*                                lauraashley.harris@kirkland.com

                                                                            Leslie M. Schmidt, P.C. (*pro hac vice*)
                                                                            Jonathan D. Brit (*pro hac vice*)
                                                                            **KIRKLAND & ELLIS LLP**
                                                                            601 Lexington Ave.
                                                                            New York, NY 10022
                                                                            Telephone: (212) 446-4800
                                                                            Facsimile: (212) 446-4900

2

leslie.schmidt@kirkland.com
jonathan.brit@kirkland.com

Kathy H. Li
Texas State Bar No. 24070142
kat.li@kirkland.com

**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9167
Facsimile: (512) 678-9101

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2023 a copy of the above and foregoing document was served by electronic transmission on all counsel of record via the Court's ECF system.

*/s/ Drew M. Thomas*
Drew M. Thomas
