IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC** and **INTELLECTUAL VENTURES II LLC,** | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:22-CV-00761-E |
| v. | § § | |
| **HONDA MOTOR CO., LTD.; AMERICAN HONDA MOTOR CO., INC.;** and **AMERICAN HONDA FINANCE CORP.,** | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the Parties' Joint Motion to Dismiss. (Doc. 69). On this day, Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendants and Counterclaim-Plaintiffs Honda Motor Company, Ltd., American Honda Motor Company, Inc., and American Honda Finance Corporation ("Defendants") announced to the Court that they have resolved Plaintiffs' claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case, relating to United States Patent Nos. 6,832,283; 9,602,608; 9,291,475; 9,232,158; 8,953,641; 9,681,466; 7,382,771; 10,292,138; 8,811,356; 7,891,004; and 7,684,318.

Plaintiffs and Defendants have therefore requested that the Court dismiss Plaintiffs' claims for relief against Defendants <u>with prejudice</u> and Defendants' claims, defenses and/or counterclaims for relief against Plaintiffs <u>without prejudice</u>, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiffs are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. All relief not expressly granted herein is DENIED. This is a final judgment pursuant to Federal Rule of Civil Procedure 54(b). Fed. R. Civ. P. 54(b).

**SO ORDERED.**

6th day of February, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE